Edna Sanders, appellee, v. City of Peoria, appellant.  Gen. No. 8,830.

Opinion filed January 17, 1935.

Chester F. Barnett, for appellant.  Walter W. Winget and Clarence W. Heyl, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Charity Eckhardt, appellee, v. Village of Lomax, appellant.  Gen. No. 8,863.

Opinion filed January 17, 1935.

Charles E. Lauder and Frederick H. Lauder, for appellant.  M. E. Nolan and Edward S. Martin, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Marcus O. Kagy, appellee, v. Robert Luke et al., appellants.  Gen. No. 8,889.

Opinion filed January 17, 1935.

Louis Sevin and Shulman, Shulman & Abrams, for appellants; Meyer Abrams, of counsel.  Ernest A. Eklund and Campbell, Clithero & Fischer, for appellee; Carlton L. Fischer, Frederick J. Bertram and John N. Thornburn, of counsel.

Mr. Justice Dove delivered the opinion of the court.

THIRD DISTRICT.

M. N. Hollander and Company, appellant, v. Edward J. Hughes, appellee.  Gen. No. 8,844.

Opinion filed January 14, 1935.  Rehearing denied April 2, 1935.

Joseph B. Lawler and C. Ray Smith, for appellant.  Otto Kerner, Attorney General, for appellee; P. C. Otwell, Assistant Attorney General, of counsel.

Mr. Presiding Justice Fulton delivered the opinion of the court.